UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NISI GUTMAN,

                     Plaintiff,                                  JUDGMENT
                                                               19-cv-5853 (BMC)

       -against-

MALEN & ASSOCIATES, P.C.,

                     Defendant.
------------------------------------------------------------ X

      A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on January 11, 2021, granting Defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; and that the complaint is dismissed.

Dated: Brooklyn, NY                                             Douglas C. Palmer
       January 12, 2021                                      Clerk of Court

                                                   By:     /s/*Jalitza Poveda*
                                                              Deputy Clerk